IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HARLEYVILLE MUTUAL INSURANCE CO.                               PLAINTIFF

    vs.                CASE No. 05-5048

STEVE VANOVER, et al.                                          DEFENDANTS

## JUDGMENT

Now on this 8th day of February, 2006, for the reasons set forth in a Memorandum Opinion entered contemporaneously herewith, the Court enters judgment as follows:

* Plaintiff's **Motion for Summary Judgment (Doc. 20)** is **GRANTED** against the **Vanover defendants** and separate defendant **Charles Gurley**.

* Plaintiff's **Motion for Summary Judgment (Doc. 20)** is **DENIED** as to defendant **Reeves**.

* Plaintiff's previously filed **Motion for Default Judgment (Doc. 8)** against defendant **Reeves** is treated by the Court as renewed and is **GRANTED**.

* Plaintiff's **Motion for Summary Judgment (Doc. 20)** is **DENIED** as to the **Estate of Bill Madison**.

* On the Court's own motion, Plaintiff's complaint as against the **Estate of Bill Madison** is **DISMISSED** for lack of proof of service.

1

*　A declaratory judgment is hereby entered against the **Vanover defendants, separate defendant Charles Gurley, and separate defendant Mark Reeves** declaring that the policy of insurance between plaintiff and defendant Reeves provides no coverage for any alleged injuries or damages the Vanovers might have suffered as a result of their dealings with Reeves.

　　*　Plaintiff's **Motion for Additional Time to Conduct Discovery (Doc. 24)** is **DENIED** as moot.

　　IT IS SO ORDERED AND ADJUDGED.

/S/JIMM LARRY HENDREN<br>
JIMM LARRY HENDREN<br>
UNITED STATES DISTRICT JUDGE